UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE L. FEINGERTS | CIVIL ACTION |
| VERSUS | NO. 15-1816 |
| CRESCENT TITLE AND ROBERT BERGERON | SECTION "N" (2) |

## ORDER AND REASONS

Having considered the motion, the record in this and related matters, and applicable law, **IT IS ORDERED** that Intervenors' "Motion to Dismiss for Lack of Subject Matter Jurisdiction" (Rec. Doc. 12) is **GRANTED** relative to Plaintiff Feingert's malpractice counterclaim against Intervenors Jacques Bezou, Stacy Palowsky, and Bezou Law Firm for essentially the reasons stated in Intervenors' motion and supporting memoranda (Rec. Docs. 12, 12-1, and 18).

Given that Plaintiff Feingert's main claim against Defendants Crescent Title and Robert Bergeron has not been dismissed or referred to the Bankruptcy Court for the Eastern District of Louisiana, **IT IS ORDERED**, on the present showing made, that Attorney Sidney L. Shushan's "Motion to Withdraw as Counsel for Bruce Feingerts" (Rec. Doc. 14) is **DENIED WITHOUT PREJUDICE**. Attorney Shushan may re-urge his motion upon substitution of new counsel for Plaintiff Feingerts or upon resolution of the remainder of the claim(s) that have been asserted in this proceeding.

New Orleans, Louisiana, this 24th day of November 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**