UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE L. FEINGERTS | CIVIL ACTION |
| VERSUS | NO. 15-1816 |
| CRESCENT TITLE, LLC AND ROBERT BERGERON | SECTION "N" (2) |

## **ORDER AND REASONS**

Having considered "Plaintiffs's Motion for Reconsideration of Motion to Dismiss for Lack of Subject Matter Jurisdiction and Request for Order of Remand to State Court", **IT IS ORDERED** that the motion (Rec. Doc. 28) is **GRANTED IN PART and DENIED IN PART**. Specifically, the motion is granted relative to Plaintiff's request for reconsideration and vacatur of the dismissal portion of the Court's June 27, 2016 (Rec. Doc. 27), and Plaintiff's request for remand to state court, for essentially the reasons set forth in Plaintiff's submission (Rec. Docs. 28 and 28-1). Although Plaintiff's former counsel's motion to withdraw provided Plaintiff's name and address to the Court, it did not include the certification of service of notice to Plaintiff of pending deadlines that Local Rule 83.2.11 also requires.[1]  See Rec. Doc. 22.

---

[1] See Rule 83.2.11 of the Local Civil Rules for the United States District Court for the Eastern District of Louisiana, which provides, in pertinent part:

> The motion must be accompanied by a certificate of service, including a statement that the client has been notified of all deadlines and pending court appearances, served on both the client by certified mail and opposing counsel, or an affidavit stating why service has not been made.

Because there is no showing that Defendant Crescent Title, L.L.C, failed its service obligations relative to its motion to dismiss,[2] however, the Court will not set aside the portion of its June 27, 2016 Order requiring Plaintiff to pay the costs, including reasonable attorneys' fees, incurred by Defendant in responding to Plaintiff's motion. Thus, that aspect of Plaintiff's motion for reconsideration is denied.

Accordingly, given the foregoing, **IT IS FURTHER ORDERED** that a statement of costs conforming to Local Rule 54.3 shall be submitted by Defendant Crescent Title, L.L.C., within ten (10) days from entry of this order. Additionally, **IT IS FINALLY ORDERED** that this action be **RE-OPENED** and that **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this <u>18th</u> day of November 2016.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
**KURT D. ENGELHARDT**
**United States District Judge**

---

[2] The motion to dismiss was filed prior to the Court's order allowing Plaintiff's counsel to withdraw. See Rec. Docs. 22, 25, and 26.