UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| BRUCE L. FEINGERTS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 15-1816 |
| CRESCENT TITLE AND ROBERT BERGERON | SECTION "N" (2) |

## ORDER AND REASONS

Having considered the parties' memoranda regarding "Defendants' Motion to Award Attorney's Fees Per Judgment" (Rec. Doc. 31), the record in this matter, and applicable law, **IT IS ORDERED** that Plaintiff, Bruce L. Feingerts, shall pay to Defendants $2,250.00 in attorney fees. Although Defendants request an award of $2,900.00, the Court finds certain time expenditures excessive under the circumstances. Accordingly, **IT IS ORDERED** that Defendants' motion (Rec. Doc. 31) is **GRANTED IN PART** and **DENIED IN PART** as stated herein.

New Orleans, Louisiana, this 13th day of June 2017.

**KURT D. ENGELHARDT**
**United States District Judge**